IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: )
)                Chapter 12
CHARLES E. SLYKHUIS and )
VIRGINIA R. SLYKHUIS, )
)
)                CASE NO. 21-40254
Debtor. )
)
CHARLES E. SLYKHUIS and )
VIRGINIA R. SLYKUIS, )
)
Plaintiff, )
)                ADV. # 22-_____
v. )
)
PEOPLES NATIONAL BANK, N.A., )
SOUTHERN FS, INC., )
GRAND RIVERS COMMUNITY BANK, )
NATIONAL FUNDING, INC., )
INDUSTRIAL EQUIPMENT CAPITAL, )
ROADWORKS, LLC, )
REICH BROS BUSINESS SOLUTIONS, )
LLC, )
MAX CAPITAL, LLC, )
DEERE CREDIT, INC., )
)
Defendants. )

## COMPLAINT TO SELL PERSONAL PROPERTY AND REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS UNDER SECTION 363 OF THE BANKRUPTCY CODE

NOW COME the Debtors, Charles E. Slykhuis and Virginia R. Slykhuis (Debtors), by and through their undersigned attorney, hereby moves this Court, pursuant to 11 U.S.C. §363 and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and 9014, for an Order authorizing the sale of real and personal property, as more particularly described hereinafter, free and clear of all liens, claims, encumbrances and interests. In further support of this Sale, the Debtor respectfully represents as follows:

1

## Background, Jurisdiction, And Venue

1.    On or about June 8, 2021, the Debtors filed their voluntary case under Chapter 12 of the United States Bankruptcy Code.

2.    The Court has jurisdiction over this motion pursuant to 28 U.S.C. §1334 and 11 U.S.C. §§105 and 363.

3.    This is a "core" proceeding within the contemplation of 28 U.S.C. §157(b)(2)(A) and (O).

## Summary of Relief Requested

4.    A Motion to Sell Real Property at Private Sale Pursuant to §363 to Adam Rubenacker was filed on September 9, 2021 for $200,000.00. The Order granting the Motion to Sell Real Property at Private Sale Pursuant to §363 to Adam Rubenacker was entered on October 1, 2021.

5.    A Motion to Sell Real Property at Private Sale Pursuant to §363 to J. Todd Slykhuis and Angela R. Slykhuis was filed on October 5, 2021 for $57,340.00. The Order granting the Motion to Sell Real Property at Private Sale Pursuant to §363 to J. Todd Slykhuis and Angela R. Slykhuis was entered on October 27, 2021.

6.    A Motion to Sell Real Property and Personal Property at Public Auction was filed on November 16, 2021. An Agreed Order Allowing Motion to Sell Real Property and Personal Property at Public Auction was entered on December 27, 2021.

## The Estate's Interest in the Property

7.    The Debtors' interest in the real estate is sought to be sold with these proposed sales. As Defendants and secured creditors Peoples National Bank and Southern FS have mortgage liens on the property and judgment lien creditors Roadworks, Reich Brothers, and Max Capital have recorded liens, all proceeds, will be applied to the lien holders in priority as set forth above with Peoples National Bank and Southern FS's mortgage debt being paid in full first, after expenses of sale are deducted. Any remaining proceeds realized will be distributed first to the Debtors' homestead exemption and then to the judgment lien holders in their priority positions set forth herein except that Deere Credit, Inc will not be paid on its judgment lien as it was recorded after the bankruptcy case was filed and is void.

8.    The real property to be sold is subject to lien holders debt in the following priority will be paid off from this auction sale and private sales to Rubenacker and Todd and Angela Slykhuis as the property is being sold pursuant to 11 U.S.C.§363(b):

   a.  Peoples National Bank; all parcels                    $2,332,811.77
   b.  Southern FS; Tracts 2-6 and private sales             $363,727.67
       Sales
   c.  Charles and Virginia Slykhuis homestead exemption $30,000.00
   d.  Roadworks                    1/09/2020                $80,372.30
   e.  Reich Brothers               1/19/2021                $1,690,084.60
   f.  Max Capital                  3/02/2021                $ 120,290.02

9.    The real property to be sold at private sale to Adam Rubenacker for $200,000.00 is as follows:

The Northwest Quarter (NW1/4) of the Northwest Quarter (NW1/4) of

Section Twenty-three (23), Township Seven (7) South, Range Six (6) East

of the Third Principal Meridian, Saline County, Illinois. Except all coal, oil,

gas and other minerals and subject to the right to mine and remove same

(NW NW 23-7-6);

PIN 08-1-018-03

10.   The real property to be sold at private sale to J. Todd Slykhuis and Angela

R. Slykhuis for $57,340.00 is as follows:

Approximately 17 acres, S28, T07, R06, QSW.L, B NW ¼ SW ¼ EXC 1.5A

FOR TWP & W1/2 NE1/4 SW1/4 EXC 1A FOR CEMETERY 1856/415 1/06

W/D 02-28-300-013-0021 located in Saline County, Illinois.

11.   Real property to be included in the auction sale consists of real estate

located in Saline County, Illinois:

    a.   Tract one - 985 Mings Rd., Raleigh, IL 395 acres with improvements

    b.   Tract two – Benson Place, Raleigh, IL 160 acres

    c.   Tract three – Bill Mings 20, Raleigh, IL 20 acres

    d.   Tract four – Grisham Property, Raleigh, IL 80 acres

    e.   Tract five – Buckin B, Raleigh, IL 80 acres with bldg

    f.   Tract six – Barton, Raleigh, IL 62977 approx 60 acres

12.   The personal property to be sold is the remaining equipment subject to

various secured blanket liens of Peoples National Bank, Grand Rivers Bank and National

Funding along with PMSI holder Industrial Equipment as to two JD tractors. The property

is being sold pursuant to 11 U.S.C.§363(b). Personal property to be included in the sale consists of:

     a. Two John Deere 6145M tractors;

     b. FS1000D NDE Vertical Mixer;

     c. John Deere 325 Skid steer;

     d. MS1442H Frontier manure spreader.

## Necessity of Section 363 Sale

13.    The Debtors believe that without a sale under section 363 of the Bankruptcy Code it will be difficult to effectively sell the Property, and the return to the Estate from any other sale will be significantly diminished. This sale has been approved by the Bankruptcy Court.

## Marketing Efforts and Potential Offers by a Purchaser

14.    The sale procedures provided for herein and in the Debtors' notice of a proposed auction sale permit other parties to submit competing bids for purchase of the Property. The auctioneer will advertise the auction sale in accordance with standard marketing efforts to sell farm assets of this size and nature.

15.    The Debtors have determined Jamie Scherrer of Jamie Sherrer Auction Company, Ridgeway, IL is qualified and experienced to conduct an auction sale of this size. A separate application to hire auctioneer has been filed and authority granted for Jamie Scherrer to conduct the auctions.

## Applicable Authority for Sale of Assets Under Section 363(b) of the Bankruptcy Code

16.     Section 363(b)(1) of the Bankruptcy Code provides that a Debtors, "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." Section 105(a) of the Bankruptcy Code provides in relevant part that "[t]he Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

17.     A sale of assets should be authorized pursuant to section 363 of the Bankruptcy Code if a sound business purpose exists for doing so. See, e.g., Fulton State Bank v. Schipper (In re Schipper), 933 F.2d 513, 515 (7th Cir. 1991)); In re Lionel Corp., 722 F.2d 1063 (2d Cir. 1983); In re Titusville Country Club, 128 B.R. 396 (W.D. Pa. 1991); In re Delaware & Hudson Railway Co., 124 B.R. 169, 176 (D. Del. 1991).

18.     The Debtors have proposed the sale of the Property after thorough consideration of all viable alternatives, and has concluded that the sale is supported by a number of sound business reasons. Accordingly, a sale of the Property is appropriate under section 363(b) of the Bankruptcy Code.

19.     The Debtors have concluded that in light of liens against the Property, the sale of the Property contemplated herein is in the best interests of creditors and the Estate. Maximization of asset value for the benefit of all creditors is certainly a sound business purpose, warranting authorization of the proposed sale of the Property. Thus, there is more than adequate business justification to sell the Property to the Purchaser or to another Successful Bidder.

20.     The Debtors believe that the method of this sale is fair and reasonable and provides substantial value to the Estate.

21.    The property will also be subject to submission of competing bids by Qualified Bidders at the auction. Upon the conclusion of the sale process, the Debtors, the Court, and all parties in interest can be assured that the Property will be sold for fair market value, or at least as close to such value as possible. The Debtors believe the costs of an auction will yield the greatest return to the Estate.

### The Form, Manner and Extent of Notice of the Motion and the Proposed Sale are Appropriate and Adequate under the Circumstances

22.    The Auctioneer and the Debtors have served notice of auction to all creditors and parties in interest in this case.

23.    The notice of the proposed sale given by the Debtors sufficiently describes the terms and conditions of the proposed sale.

24.    The filing of this Complaint is being provided is "reasonably calculated" to apprise interested parties of the pendency of the matter and to afford them an opportunity to object. See Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314, 70 S.Ct. 652, 94 L.Ed. 865 (1950). Parties in interest have been and should be found to have been afforded adequate notice of this Sale Motion.

25.    The Debtors submit that the notice they have provided and intends to provide both of the proposed sale and of this Sale Motion is reasonable and appropriate and should be approved by this Court as adequate and sufficient notice.

26.    The Debtors' proposed sale of the Property as described herein is proper, necessary and serves the best interests of creditors, parties in interest and the Estate. The relief requested from this Sale will maximize recoveries for creditors of the Estate. The Debtor thus requests that the Court approve the sale as requested.

27. The real estate is subject to properly perfected mortgages of Peoples National Bank and Southern FS and judgment liens of Roadworks, Reich Brothers and Max Capital.

28. The proceeds of the real estate sale, after the above-referenced expenses, will be distributed to real property lien holders as their priorities dictate to Peoples National Bank and Southern FS, then to the $30,000 homestead exemption of the debtors with remaining funds to be distributed to the trustee for payment to judgment lien holders as their priorities in filing. The distributions to judgment lien creditors will be by motion and order with any remaining proceeds retained by the trustee. Any excess distributions available to the estate shall be held to satisfy any remaining administrative expenses, priority claims and then to general unsecured creditors at the conclusion of this case.

29. The proceeds of the equipment sale, after the above-referenced expenses, will be distributed to personal property lien holders as their priorities dictate by motion and order to Peoples National Bank, Grand Rivers Bank, National Funding and PMSI holder Industrial Equipment as to two JD tractors. The trustee shall hold and segregate the equipment sale proceeds as a motion to disburse the funds to the personal property lien holders will be made by motion and order. Any remaining proceeds retained will be retained by the trustee to satisfy any administrative expenses, priority claims and then to general unsecured creditors at the conclusion of this case.

WHEREFORE, Debtors respectfully request that the Court enter judgment: (i) authorizing this Auction Sale and Private Sales(ii) approving the sale of the Property to the Purchasers on the terms and conditions; and (iii) approving the form and manner

of notice thereof forever barring and estopping all persons and entities from asserting any claims, liens, interests or other encumbrances against the Property or against the Purchaser in connection therewith; (iv) authorizing the payments to secured creditors Peoples National Bank and Southern FS, as their respective secured positions are identified and (v) granting such other and further relief as is just and proper.

<div style="margin-left: 40%;">

CHARLES E. SLYKHUIS and VIRGINIA R. SLYKHUIS, Debtors

BY: /s/ Douglas A. Antonik_____
      DOUGLAS A. ANTONIK - #06190629

</div>

ANTONIK LAW OFFICES
3405 Broadway/P. O. Box 594
Mt. Vernon, IL 62864
Phone: (618) 244-5739
Fax: (618) 244-9633
antoniklaw@charter.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

Office of the United States Trustee, 401 Main Street, Suite 1100, Peoria, IL  61602
Russell C. Simon, Trustee, 24 Bronze Pointe, Swansea, IL 62226
Cherie Macdonald, Peoples National Bank, N.A., 520 South 42nd Street, PO Box
    908, Mt. Vernon, IL 62864
Craig R. Reeves, Barrett, Twomey, Broom, Hughes & Hoke, LLP, 100 North Illinois
    Ave, PO Box 3747, Carbondale, IL 62902-3747
Michael R. Twomey, Barrett, Twomey, Broom, Hughes & Hoke, LLP, 100 North
    Illinois Ave, PO Box 3747, Carbondale, IL 62902-3747
Mark A. Bogdanowicz, Howard & Howard Attorneys PLLC, 211 Fulton Street, Suite
    600, Peoria, IL 61602
James L. Van Winkle, Van Winkle & Van Winkle, 301 S Jackson St., PO Box 337,
    McLeansboro, IL 62859-0337
Peoples National Bank, N.A., 520 S. 42nd Street, PO Box 908, Mt. Vernon, IL 62864
Southern FS, Inc., c/o Craig R. Reeves, 100 North Illinois Avenue, Carbondale, IL
    62902
Southern FS, Inc., PO Box 728, Marion, IL 62959
Grand Rivers Community Bank, c/o Whitney Stringer, 105 E. Shawnee Avenue,
    Shawneetown, IL 62984
National Funding, Inc., 9530 Towne Centre Dr., Suite 120, San Diego, CA 92121
Industrial Equipment Capital, 4723 Chamber Avenue, La Verne, CA 91750
Roadworks, LLC, c/o Lawler Brown Law Firm, 1600 W. Main Street, PO Box 1148,
    Marion, IL 62959
Reich Bros Business Solutions, LLC, c/o Lawler Brown Law Firm, 1600 West Main
    Street, PO Box 1148, Marion, IL 62959
Max Capital, LLC, Manager, Max Credit Union, 400 Eastdale Cir, Montgomery, AL
    36117
Max Credit Union, PO Box 241948, Montgomery, AL 36124
Max Capital, LLC, 400 Eastdale Circle, Montgomery, AL 36117
Max Leasing USA, PO Box 241948, Montgomery, AL 36124
John Deere Financial, PO Box 6600, Johnston, IA 50131
Charles and Virginia Slykhuis, 985 Mings, Rd., Raleigh, IL 62977

either electronically or by enclosing in an envelope with postage fully prepaid and by
depositing said envelope in a U. S. Post Office mailbox in Mt. Vernon, Illinois, on the 27th day
of January, 2022. The above is true and correct to the best of the undersigned's knowledge.

/s/ Alisha Finke
Alisha Finke

10

# LAND AUCTION & Equipment

www.jamiescherrerauction.com for photos

## Saturday, February 12, 2022
## 10:00 a.m. Sharp!

**800 ACRES +/-**

**LIVE ONLY ABSOLUTE AUCTION**

**Auction Site:** Auction to be conducted on Tract 1. **Physical address:** 985 Mings Rd.; Raleigh, Il 62977
**Land Location:** All (8) land tracts located in Long Branch Township. T7S-R6E, Saline County, Illinois.
**Auctioneer's Note:** Folks, this is an opportunity for you to add your farming operation or to get started. Tell everyone and don't be late. Your attendance is always welcome.

**INSPECTIONS:** Walk over inspections are encouraged at own risk. Due diligence is also encouraged by the purchaser or purchasers. Contact auctioneer or Mr. Charles Slykhuis with any questions.

## 8 LAND TRACTS

| | | |
|---|---|---|
| Tract 1: Sections 20 & 28 | 395 acres +/- | |
| Tract 2: Section 21 | 160 acres +/- | |
| Tract 3A: Section 21 | 20 acres +/- | |
| Tract 3B: Section 28 | 20 acres +/- | |

| | |
|---|---|
| Tract 4: Section 21 & 28 | 80 acres +/- |
| Tract 5: Section 27 | 80 acres +/- |
| Tract 6A: Section 20 | 20 acres +/- |
| Tract 6B: Section 28 | 38.5 acres +/- |

## TRACT 1
### HOME & BUILDINGS:
Tract 1 consists of a home with 4 bedrooms, 1 full and 2 half bathrooms, open area kitchen, dining room and living room. Central heat and air conditioning. A full poured concrete basement. City water. There is a 240'x60' monoslope building for feeding up to 299 head of cattle with concrete flooring throughout. It is E.P.A. approved. There is a 100'x95' pole barn with office. A 60'x72' pole barn. Also 2-60'x50' pole barns. Dimensions on buildings are approximate. There are 2-30' grain bins w/ dryers and stirators, 2-28' grain bins w/ fans only. There are 2-30'x20' buildings for feed, a 1000 bushel and 2-1,500 bushel feed bins w/ augers. Four ponds, fenced and cross fenced. The pasture is mainly Endophyte free or friendly fescue. Also some Mirafount energy free waterers.





### Prior Land Use:
Past use of this land has been used for cropland and pasture for cattle. Pasture land is fenced and cross fenced.
Tract 5 has been in pasture, mainly Kentucky 31 fescue. It has approx. 20'x40' barn and 4 ponds on it.

### EQUIPMENT - SELLS ABSOLUTE (AFTER LAND SALE)
JD 6145 M tractor, #MAGG847231, cab, M.F.W.D., 380/85R28 front, 480/80R38 rear, 3 remotes, 24 spd. trans., left hand reverser, w/ JD 640SL loader, 4.1xx hrs.
JD 6145 M tractor, #MPGG847500, cab, M.F.W.D., 380/85R28 front, 480/80R38 rear, 3 remotes, 24 spd. trans., left hand reverser, w/ JD 640SL loader, 3.4xx hrs.
JD 325 skid steer, diesel, #B111241, tires, 3.6xx hrs.
Frontier MS1442 H manure spreader, vertical beaters, tandem axle, hyd. push gate, 1000 pto.
















## Charles E. and Virginia Slykhuis - Seller
### 985 Mings Road; Raleigh, IL 62977
### 618-926-1849

 **No Buyers Premium**

 **Bring a Friend!**

**Real Estate Terms:** Purchaser or purchasers shall pay 10% of their final bid the day of the auction with the balance due at closing. Closing on Tracts 2 through 6B shall be in 30 days or less. Seller reserves the right to close for Tract 1 in 60 days from date of auction. Normal closing fees to apply. Purchaser or purchasers shall have financial arrangements made prior to auction. The land and improvements are being sold as-is without warranties implied or expressed. Possession upon closing. Land sells Absolute without reserve. Announcements sale day take precedence over all printed material or previous statements. Tracts will be sold individually and not in combination. *No Buyers Premium.* Equipment Terms: Cash or good check.

# JAMIE SCHERRER AUCTION COMPANY
## 618-841-1919 • Ridgway, Illinois • Lic# 440.000234
### THE SOUND THAT SELLS